**SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE OF ALABAMA on behalf of its members and on behalf of a state-wide class of black voters; Reverend John L. Alford, individually and on behalf of a class of black voters in the Fifteenth Circuit and District of Montgomery County; Reverend Abraham Woods, Jr., individually and on behalf of**

a class of black voters in the Tenth Circuit and District of Jefferson County; Reverend P.H. Lewis, individually and on behalf of a class of black voters in the Thirteenth Circuit and District of Mobile County; George W. Grayson, individually and on behalf of a class of black voters in the Twenty–Third Circuit; Charles Steele, Jr., individually and on behalf of a class of black voters in the Sixth Circuit; Reverend John Nettles, individually and on behalf of a class of black voters in the Seventh Circuit; Pearlean S. Jackson, individually and on behalf of a class of black voters in the Twentieth Circuit; Reverend James Milton, individually and on behalf of a class of black voters in the Fifth Circuit; Jesse R. Williams, individually and on behalf of a class of black voters in the Fourth Circuit; Edwin L. Moss, individually and on behalf of a class of black voters in the Fourth Circuit; Luther P. Carmichael, individually and on behalf of a class of black voters in the Fourth Circuit; Mary K. Stovall, individually and on behalf of a class of black voters in the Twenty–Sixth Circuit and District of Russell County; Arthur L. Sumbry, individually and on behalf of a class of black voters in the Twenty–Sixth Circuit and District of Russell County; Albert Turner, individually and on behalf of a class of black voters in the Fourth Circuit; J.S. Thomas, individually and on behalf of a class of black voters in the Fourth Circuit; and Malcolm R. Newman, individually and on behalf of a class of black voters in the Twentieth Circuit, Plaintiffs–Appellants,

v.

Attorney General James H. EVANS; Chief Justice Sonny Hornsby; Secretary of State Billy Joe Camp; Walker Hobbie, Jr., Probate Judge, Montgomery County; Mike Bolin, Probate Judge, Jefferson County; George Reynolds, Probate Judge, Jefferson County; David G. Lightsey, Probate Judge, Bibb County; Arthur C. Murray, Probate Judge, Calhoun County; Emerson W. Thompson, Probate Judge, Chambers County; Phillip W. Jordan, Probate Judge, Cleburne County; John W. Jones, Jr., Probate Judge, Dallas County; E. Riley Lucas, Probate Judge, Hale County; J.T. Harpe, Probate Judge, Henry County; Cletus Yomans, Probate Judge, Houston County; Alphonso Menefee, Probate Judge, Macon County; Frank Riddick, Probate Judge, Madison County; W.L. Noonan, Probate Judge, Mobile County; Donald R. Cook, Probate Judge, Perry County; Mack Diamond, Probate Judge, Randolph County; Wallace K. Brown, Probate Judge, Russell County; Donald Fox, Probate Judge, Tallapoosa County; W. Hardy McCollum, Probate Judge, Tuscaloosa County; Jerry Boggan, Probate Judge, Wilcox County, Defendants–Appellees.

No. 92–6257.

United States Court of Appeals, Eleventh Circuit.

Feb. 28, 1994.

Order Granting Rehearing En Banc and Vacating Opinion March 23, 1994.

J. Richard Cohen, Elizabeth Johnson, Montgomery, AL, for amicus curiae.

James C. Wood, Simon, Wood & Crane, Mobile, AL, Fournier J. Gale, III, Maynard, Cooper, Frierson & Gale, Birmingham, AL, David R. Boyd, Balch & Bingham, Susan E. Russ, Miller, Hamilton, Snider & Odom, Montgomery, AL, for Noonan.

Before HATCHETT and COX, Circuit Judges, and RONEY, Senior Circuit Judge.

PER CURIAM:

The judgment of the district court is vacated, 785 F.Supp. 1469, and this case is remanded to the district court for reconsidera-

tion in light of *Nipper v. Chiles,* 1 F.3d 1171 (1993).

VACATED AND REMANDED.

COX, Circuit Judge, dissenting:

I dissent. In my view *Nipper* should be reconsidered.

### ORDER

March 23, 1994.

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH and BLACK, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.